UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-CR-362-JCM-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM LAURIX ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#17) on February 18, 2005.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK (formerly Red Rock Community Bank)
Amount of Restitution: $37.00

Name of Payee: FDIC RESTITUTION PAYMENTS (formerly Sun West Bank)
Amount of Restitution: $2,395.00

Name of Payee: BANK OF LAS VEGAS
Amount of Restitution: $4,735.00
**Total Amount of Restitution ordered:  $7,167.00**

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE