1

2

3

4                    UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                                * * *

7    UNITED STATES OF AMERICA,              Case No. 2:04-CR-362 JCM (LRL

8                         Plaintiff(s),                ORDER

9           v.

10   WILLIAM LAURIX,

11                       Defendant(s).

12

13          Presently before the court is *USA v. Laurix*, case no. 2:04-cr-00362-JCM-LRL.  Petitioner

14   William Laurix filed an amended motion to vacate, set aside, or correct a sentence under 28 U.S.C.

15   § 2255.  (ECF No. 23).

16          Briefing shall proceed as follows: respondent has twenty-one (21) days from the date of

17   this order to file a response.  Thereafter, petitioner has fourteen (14) days to file a reply.

18          Accordingly,

19          IT IS HEREBY ORDERED that respondent shall file a response—specifically discussing

20   the impact of *Dimaya v. Lynch*, 803 F.3d 1110 (9th Cir. 2015), *cert. granted*, 137 S. Ct. 31

21   (2016)—to petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. §

22   2255 (ECF No. 23) no later than twenty-one (21) days from the date of this order.  Petitioner shall

23   file a reply within fourteen (14) days thereafter.

24          DATED July 12, 2017.

25                                          _____

26                                          UNITED STATES DISTRICT JUDGE

27

28

**James C. Mahan**
**U.S. District Judge**